# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ERNEST RICHARDS, II,**
**& RICK RICHARDS,**

    Plaintiffs/Counterclaim- Defendants,

v.                                                    Civil Action No. 1:18-cv-00158
                                                    Consolidated with 1:18-cv-00157

**OCTANE ENVIROMENTAL, LLC,**
an Ohio limited liability company;
**TERENCE SEIKEL;**
**CRAIG STACY;**
**JOSEPH SEIKEL;**

    Defendants/Counterclaim-Plaintiffs,

    Defendants/Third-Party Plaintiffs,

v.

**AMANDA HUNT, AARON GILES,**
**JACOB RICHARDS & JASON RICHARDS,**

    Third-Party Defendants.

## NOTICE OF ISSUANCE OF SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION TO ELIZABETH MEESE

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, please take notice that Kenneth L. Hopper, Esquire, served a Subpoena on Elizabeth Meese, requesting her to testify at a trial in a civil action. A copy of the Subpoena is attached hereto.

Dated this 2nd day of September, 2021.

                                                    By Counsel,

                                                    */s/ Kenneth L. Hopper*
                                                    Johnnie E. Brown, WV State Bar No. 4620
                                                    Kenneth L. Hopper, WV State Bar No. 11158
                                                    Nathan A. Carroll, WV State Bar No. 12526

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
2414 Cranberry Square
Morgantown, WV 26508
Telephone: (304) 225-2200
Facsimile: (304) 225-2214

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ERNEST RICHARDS, II,
& RICK RICHARDS,

    Plaintiffs/Counterclaim- Defendants,

v.                                             Civil Action No. 1:18-cv-00158
                                            Consolidated with 1:18-cv-00157

OCTANE ENVIROMENTAL, LLC,
an Ohio limited liability company;
TERENCE SEIKEL;
CRAIG STACY;
JOSEPH SEIKEL;

    Defendants/Counterclaim-Plaintiffs,

    Defendants/Third-Party Plaintiffs,

v.

AMANDA HUNT, AARON GILES,
JACOB RICHARDS & JASON RICHARDS,

    Third-Party Defendants.

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendants/Third-Party Plaintiffs, does hereby certify on this 2nd day of September, 2021, that a true copy of the foregoing "***Notice of Issuance of to Appear And Testify At A Hearing Or Trial in a Civil Action to Elizabeth Meese***" was served upon opposing counsel by using the CM/ECF System which will send notification of such filing to the following:

W. Scott Evans, Esquire
Richard R. Marsh, Esquire
Michael Secret, Esquire
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
Charleston, WV 25301
***Counsel for Plaintiff***

3

Sam Madia, Esquire
Shaffer Madia Law, PLLC
343 W. Main St.
Clarksburg, WV 26301
***Counsel for Third-Party Defendants***

　　　　　　　　　　　　　　　　*/s/ Kenneth L. Hopper*
　　　　　　　　　　　　　　　　Johnnie E. Brown, WV State Bar No. 4620
　　　　　　　　　　　　　　　　Kenneth L. Hopper, WV State Bar No. 11158
　　　　　　　　　　　　　　　　Nathan A. Carroll, WV State Bar No. 12526

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
2414 Cranberry Square
Morgantown, WV 26508
Telephone:　(304) 225-2200
Facsimile:　(304) 225-2214

4

AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## Northern District of West Virginia

| | |
|---|---|
| **ERNEST RICHARDS, II, & RICK RICHARDS**<br>*Plaintiff*<br>v.<br>**OCTANE ENVIRONMENTAL, LLC., et al.**<br>*Defendant* | )<br>)<br>)  Civil Action No. **1:18-cv-158**<br>)<br>) |

### SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To:
**Elizabeth Meese**

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | United States District Court for the Northern District of West Virginia, 500 Pike Street, Clarksburg, WV 26301 | Courtroom No.: |
|---|---|---|
| | | Date and Time: **September 14-17, 2021 at 9:00 a.m.** |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:


The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 9/2/2021

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*      OR      *Attorney's signature*

---

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Defendant, Octane Environmental, LLC**, who issues or requests this subpoena, are:

Kenneth L. Hopper, Esq.; Pullin, Fowler, Flanagan, Brown & Poe, PLLC.
2414 Cranberry Square, Morgantown, WV 26508, khopper@pffwv.com, (304) 225-2200

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).